# ROBERT A. MASSI
### & ASSOCIATES

February 25, 2010

United States District Court
Hon. Joseph C. Spero
Department A
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re:   *Saxton v. Covenant Transportation*
            Case No. 3;09 cv-05068-JCS

The Honorable Judge C. Spero:

Given the fact that Daniel Horowitz, Esq. is in trial and will not be able to attend the Case Management Conference, I am requesting to the Court that I be allowed to attend the Case Management Conference telephonically in lieu of personal appearance. The Case Management is scheduled for Friday, March 5, 2010 @ 1:30 P.M.

Upon the Court's approval, I can be reached at my office at 702-870-1100.

Sincerely,

ROBERT A. MASSI, LTD.

*[signature]*

ROBERT A. MASSI, ESQ.

RAM:osf

Dated: Feb. 26, 2010

The Court will initiate the phone contact. Counsel shall be on phone standby beginnig at 1:30 PM until the Court contacts counsel.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*