UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NICOLE SAXTON et al,

        Plaintiff,

  v.

COVENANT TRANSPORTATION GROUP, INC. et al,

        Defendant.
                                  /

Case Number: CV09-05068 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Massi
11201 S. Eastern Avenue
Suite #100
Henderson, NV 89052

Dated: February 26, 2010

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk