# ROBERT A. MASSI
### & ASSOCIATES

April 12, 2010

United States District Court
Hon. Joseph C. Spero
Department A
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re:    **Saxton v. Covenant Transportation**
               Case No. 3;09 cv-05068-JCS

The Honorable Judge C. Spero:

Given the fact that Daniel Horowitz, Esq. will not be able to attend the Case Management Conference, I am requesting to the Court that I be allowed to attend the Case Management Conference telephonically in lieu of personal appearance. The Case Management is scheduled for Friday, April 16, 2010.

Upon the Court's approval, I can be reached at my office at 702-870-1100.

Sincerely,

**ROBERT A. MASSI, LTD.**


ROBERT A. MASSI, ESQ.

RAM:osf

Dated: April 12, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA