# ROBERT A. MASSI
& ASSOCIATES

July 8, 2010

United States District Court
Hon. Joseph C. Spero
Department A
450 Golden Gate Avenue
San Francisco, CA 94102-3483

      Re:    **_Saxton v. Covenant Transportation_**
              Case No. 3;09 cv-05068-JCS

The Honorable Judge C. Spero:

Please be advised that Daniel Horowitz, Esq. will not be able to attend the Case Management Conference presently scheduled for July 16, 2010 at 1:30 p.m.

Therefore, please be advised that Mr. Massi is requesting that he attend telephonically and that a phone number be provided where Mr. Massi can dial in to the Court, since he will be out of the office. We kindly request the Court's accommodations on the matter.

Should there be any problems, please feel free to contact me at 702-870-1100

Sincerely,

**ROBERT A. MASSI, LTD.**

ROBERT A. MASSI, ESQ.

RAM:osf

IT IS SO ORDERED

Judge Joseph C. Spero

Date: July 9, 2010