DENNIS F. MORIARTY
IAN FRASER-THOMSON
PAUL N. CESARI
ANDREW S. WERNER
STEPHEN L. DAHM
JOSE A. MONTALVO
KRISTINA L. VELARDE
SEAN P. MORIARTY
MARGARET M. LESNIAK

LAW OFFICES OF
# CESARI WERNER AND MORIARTY
A PROFESSIONAL CORPORATION
360 POST STREET - FIFTH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-4908
TELEPHONE (415) 391-1113
WWW.CWMLAW.COM

JAMES B. WERNER
(1929-1988)

D. RALPH CESARI
(1926-2009)

FAX (415) 391-4626

August 24, 2010

WRITER'S E-MAIL ADDRESS:
EMAIL
pcesari@cwmlaw.com
Extension 16

**IT IS SO ORDERED**
*Judge James Larson*

United States District Court
Hon. James Larson
Courtroom F
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:   Saxton v. Covenant Transportation
      Our File No. 5328-6-2-14

Dear Judge Larson:

This correspondence is submitted on behalf of all parties to the matter, including plaintiffs Nicole Saxton, et al. and defendants Covenant Transportation Group, et al.

Parties are in receipt of the August 12, 2010 Notice of Settlement Conference and Settlement Conference Order setting the settlement conference to take place on Wednesday, January 26, 2011 at 2:00 p.m.

Parties agree and respectfully request to advance the date of the settlement conference in the matter. Upon advice of the Court's Clerk, the next available date for the Court to hold the settlement conference, which is also agreeable to the parties is ~~Friday,~~ November 3, 2010 at 2:00 p.m. Accordingly, parties mutually request advancement of the settlement conference to ~~Friday,~~ November 3, 2010.                                                                                    Wednesday

Thank you for advancement of the settlement conference date in this matter. Please contact the undersigned with any questions or concerns.

Very truly yours,

CESARI, WERNER AND MORIARTY

PAUL N. CESARI

PNC:MML
cc:   Robert Massi, Esq., via facsimile
      Daniel Horowitz, Esq., via facsimile