1  **DANIEL A. HOROWITZ, ESQ., (SBN 02400)**
   **Attorney at Law**
2  P.O. Box 1547
   Lafayette, California  94549
3  T: 925.283.1863
   Attorney for Plaintiffs
4  NICOLE SAXTON, individually and as
   Guardian ad Litem of ANDREW SAXTON,
   a minor, JARED SAXTON, a minor, GAVIN SAXTON,
5  a minor and SARAH TORRES as Guardian Ad Litem of
   TAYLOR SAXTON, a minor
6
   **ROBERT A. MASSI, ESQ. , (SBN 2397)**
7  **ROBERT A. MASSI & ASSOCIATES**
   11201 South Eastern Avenue, Suite 200
8  Henderson, Nevada 89052
   T: 702.870.1100
9  Attorney for Plaintiffs
   NICOLE SAXTON, individually and as
   Guardian ad Litem of ANDREW SAXTON,
10 a minor, JARED SAXTON, a minor, GAVIN SAXTON,
   a minor and SARAH TORRES as Guardian Ad Litem of
11 TAYLOR SAXTON, a minor

12 **PAUL N. CESARI, ESQ., (SBN 118110)**
   **ANDREW S. WERNER, ESQ., (SBN 135795)**
13 **MARGARET M. LESNIAK, ESQ., (SBN 219542)**
   **CESARI, WERNER AND MORIARTY**
14 360 Post Street, Fifth Floor
   San Francisco, CA 94108-4908
   T:  415. 391.1113
15 F:  415. 391.4626
   **5328-6-2-14**
16 Attorneys for Defendants
   Covenant Transportation Group, Inc., a  Nevada
17 Corporation, Covenant Transport, Inc., a Tennessee
   Corporation, Chih Ming Sun

18

19                    UNITED STATES DISTRICT COURT

20

21                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAXTON, individually and as Guardian ad Litem of ANDREW SAXTON, a minor, JARED SAXTON, a minor, GAVIN SAXTON, a minor and SARAH TORRES as Guardian ad Litem of TAYLOR SAXTON, a minor,<br><br>Plaintiffs,<br><br>v. | CASE NO. 3:09 cv-05068 JCS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY** |

- 1 -

COVENANT TRANSPORTATION GROUP,
INC., a Nevada Corporation, COVENANT
TRANSPORT, INC., a Tennessee
Corporation, CHIH MING SUN, an
individual and Does 1-100,

Defendants.

**WHEREAS**, this Court entered its Further Case Management and Pre-Trial Order on July 22, 2010 (Doc. No. 41) (the "July 22nd Order"), by which various discovery and other pre-trial deadlines were set;

**WHEREAS**, parties agree that the fact discovery and expert discovery deadlines set forth in the July 22, 2010 Order be extended approximately sixty (60) days to accommodate scheduling conflicts created by other litigation matters in which counsel are involved, to allow time for additional depositions and or discovery as may be needed to effectively prepare for the November 3, 2010 settlement conference before Magistrate Judge Larson and the February 7, 2011 trial of the matter.

**WHEREAS**, parties jointly agree to the requested extension; THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs NICOLE SAXTON, individually and as Guardian ad Litem of ANDREW SAXTON, a minor, JARED SAXTON, a minor, GAVIN SAXTON, a minor and SARAH TORRES as Guardian ad Litem of TAYLOR SAXTON, a minor; and defendants COVENANT TRANSPORTATION GROUP, INC., a Nevada Corporation, COVENANT TRANSPORT, INC., a Tennessee Corporation, CHIH MING SUN, by and through their respective counsel of record, that, subject to the Court's approval, the discovery deadlines set forth in Paragraphs 3 and 4 of the July 22 Order shall be amended as follows:

1.     The deadline to complete all non-expert discovery is continued from October 1, 2010 to November 1, 2010;

2.     Expert disclosure and production of expert reports by the parties is continued from August 1, 2010 to October 15, 2010;

3.     The deadline to complete all expert discovery is continued from October 15, to November 15, 2010.

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY

4.      Except as expressly set forth herein, no other provisions of the July 22 Order are modified.

Given that the settlement conference is not until November 3, 2010 and trial of the matter is set for February 7, 2011, there will be no prejudice to either plaintiffs or defendants by continuing those discovery deadlines

DATED: September __1__, 2010                    /s/ ROBERT MASSI
                                                _____
                                                ROBERT A. MASSI
                                                DANIEL A. HOROWITZ
                                                Attorneys for Plaintiffs
                                                NICOLE SAXTON, et  AND AS GUARDIAN AD
                                                LITEM OF ANDREW SAXTON, A MINOR,
                                                JARED SAXTON, A MINOR, GAVIN SAXTON, A
                                                MINOR AND SARAH TORRES AS GUARDIAN
                                                AD LITEM OF TAYLOR SAXTON, A MINOR

DATED: September __1__, 2010                    **CESARI, WERNER AD MORIARTY**

                                                _____
                                                PAUL N. CESARI
                                                ANDREW S. WERNER
                                                MARGARET M. LESNIAK
                                                Attorneys for Defendants
                                                Covenant Transportation Group, Inc., a  Nevada
                                                Corporation, Covenant Transport, Inc., a Tennessee
                                                Corporation, Chih Ming Sun


                        **ORDER**


      **IT IS SO ORDERED** on this ___2nd___ of September, 2010.

                                                _____
                                                MAGIS...                    ...H C. SPERO
                                                UNI...    Judge Joseph C. Spero    ...COURT

- 3 -