**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6    NICOLE SAXTON,                          Case No.  C09-05068 JCS

7              Plaintiff(s),

8                                            **ORDER VACATING DATES AND
       v.                                    SETTING FURTHER CASE
9                                            MANAGEMENT CONFERENCE**
     COVENANT TRANSPORTATION GROUP,
     INC.,
10
11             Defendant(s).
12    _____/

13        The parties to this matter have advised the Court that they have agreed to a settlement. The

14   Court hereby vacates the final pretrial conference date of January 28, 2011 at 1:30 p.m., and the jury

15   trial date of February 7, 2011, at 8:30 a.m.

16        IT IS HEREBY ORDERED that a further case management conference is set for

17   **January 28, 2011, at 1:30 p.m.**

18        IT IS SO ORDERED.

19

20   Dated:  January 6, 2011

21                                           _____
                                             JOSEPH C. SPERO
22                                           United States Magistrate Judge

23
24
25
26
27
28