**DANIEL A. HOROWITZ, ESQ, (BAR NO. 92400)**
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
Telephone: (925) 283-1863
Attorney for Plaintiffs

**ROBERT A. MASSI, ESQ. ( NV. BAR NO.002397**
**ROBERT MASSI, LTD.**
**11201 S. Easter Avenue, Suite #100**
Henderson, Nevada 89052
Telephone: (702) 870-1100
Facsimile:  (702) 870-0196
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAXTON, individually and as Guardian ad Litem of ANDREW SAXTON, a minor, JARED SAXTON, a minor, GAVIN SAXTON, a minor and SARAH TORRES as Guardian Ad Litem of TAYLOR SAXTON, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COVENANT TRANSPORTATION GROUP, INC., A Nevada Corporation, COVENANT TRANSPORT, INC., A Tennessee Corporation, CHIH MING SUN, an individual and Does l-100,<br><br>Defendants. | No.  3:09 ev-05068 JCS<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that all the above named Plaintiffs' causes of action be dismissed with  prejudice and that all parties are to bear their own costs and attorney's fees. The Trial scheduled for February 7, 2011 has been vacated with their being no Motions pending.

| | |
|---|---|
| DATED this ___ day of February, 2011. | DATED this ___ day of February, 2011. |
| CESARI WERNER AND MORIARTY | ROBERT A. MASSI, LTD. |
| /s/ Paul Cesari | /s/ Robert A. Massi |
| PAUL CESARI, ESQ. | ROBERT A. MASSI, ESQ. |
| Post Street, Fifth Floor | 11201 S. Eastern Avenue, Suite #100 |
| San Francisco, CA. 94108 | Henderson, Nevada 89052 |
| (415)-391-1113 | (702)-870-1100 |
| Attorney for Defendants | Attorneys for Plaintiffs |

**ORDER**

**IT IS SO ORDERED** this 11th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

SUBMITTED BY:

ROBERT A. MASSI, LTD.

/s/ Robert A. Massi
ROBERT A. MASSI, ESQ.
Nevada Bar No. 002397
11201 S. Eastern Avenue, Ste #100
Henderson, NV. 89052
(702)-870-1100
Attorney for Plaintiffs

-2-

Stipulation and Order for Dismissal